CEMS of Ohio Inc
310 Executive Drive
Marion , OH 43302

Direct Deposit Advice

paylocity

Check Date  Voucher Number
September 9, 2022  1535

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FIFTH THIRD BANK | C | ***5368 | 1,908.92 |
| VACATIONL AND FED CR | S | ***6474 | 150.00 |
| **Total Direct Deposits** | | | **2,058.92** |

162252  18008-80003508  201955  1535  1309  162252
**Patrick F Rogers**
71 Dawson St
Mansfield, OH 44906

**Non Negotiable - This is not a check - Non Negotiable**

## CEMS of Ohio Inc

**Patrick F Rogers**  **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 201955 | Fed Taxable Income | 2,674.27 | Check Date September 9, 2022 |
| Location | 18008-80003508 | Fed Filing Status | M | Period Beginning August 21, 2022 |
| Salary | $2,942.31 | State Filing Status | S-0 | Period Ending September 3, 2022 |

Voucher Number 1535
Net Pay 2,058.92
Total Hours Worked 80.00

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus - Ma | | | | 500.00 |
| GROUP TE | | 0.00 | 7.20 | 107.76 |
| Holiday Wo | | | | 743.71 |
| Night Bonu | | | | 300.00 |
| Night Shif | | | | 193.00 |
| Overtime | | | | 3,274.27 |
| PTO | | | | 721.16 |
| Regular | 36.78 | 80.00 | 2,942.31 | 51,157.23 |
| Sick | | | | 364.80 |
| Uncertifie | | | | 2,075.70 |
| Weekend B | | | | 350.00 |
| Weekend D | | | | 373.90 |
| Weekend N | | | | 293.28 |
| **Gross Earnings** | | **80.00** | **2,949.51** | **60,454.81** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 184.70 | 4,226.12 |
| MED | 40.91 | 851.80 |
| OH | 74.19 | 1,633.20 |
| OH-COL1 | | 810.34 |
| OH-MAN4 | 28.21 | 704.87 |
| OH-MAR1 | 28.21 | 140.48 |
| OH-ONT1 | 21.16 | 113.49 |
| SS | 174.93 | 3,642.18 |
| **Taxes** | **552.31** | **12,122.48** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 147.12 | 3,017.38 |
| Accident Ins | 4.86 | 91.25 |
| Child Support 1 | | 3,752.24 |
| Critical Illness Ins | 9.65 | 197.62 |
| Dental Ins | | 72.02 |
| Flex Spending Account | 25.00 | 125.00 |
| GROUP TERM LIFE CALCULA | 7.20 | 107.76 |
| Health Flex Spending | | 195.00 |
| Long Term Disability | | 192.79 |
| MetLife Insurance | 13.15 | 188.73 |
| Pre Health | | 802.36 |
| Pre Health Ins | 103.12 | 515.60 |
| Tax Adjustment | 28.18 | 0.00 |
| **Deductions** | **338.28** | **9,257.75** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| FIFTH THIRD BANK | C | ***5368 | 1,908.92 |
| VACATIONLAND FED CR UNION | S | ***6474 | 150.00 |
| **Total Direct Deposits** | | | **2,058.92** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 142.80 | 0.00 |
| Sick | 37.95 | 0.00 |

IMPORTANT: PLEASE READ

Tax adjustment for local taxes since inception of Paylocity to 9/9 pay date.

1-10/31/1?

CEMS of Ohio Inc
310 Executive Drive
Marion , OH 43302

paylocity

Direct Deposit Advice

**Check Date**  September 23, 2022

**Voucher Number**  1923

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| THE MECHANICS | C | ***6874 | 1,866.38 |
| **Total Direct Deposits** | | | **1,866.38** |

162252  18008-80003508  201955  1923  1629  162252

Patrick F Rogers
71 Dawson St
Mansfield, OH 44906

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### CEMS of Ohio Inc

**Patrick F Rogers**  **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 201955 | Fed Taxable Income | 2,674.27 | |
| Location | 18008-80003508 | Fed Filing Status | M | |
| Salary | $2,942.31 | State Filing Status | S-0 | |

| | |
|---|---|
| Check Date | September 23, 2022 |
| Period Beginning | September 4, 2022 |
| Period Ending | September 17, 2022 |

| | |
|---|---|
| Voucher Number | 1923 |
| Net Pay | 1,866.38 |
| Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus - Ma | | | | 500.00 |
| GROUP TE | | 0.00 | 7.20 | 114.96 |
| Holiday Wo | | | | 743.71 |
| Night Bonu | | | | 300.00 |
| Night Shif | | | | 193.00 |
| Overtime | | | | 3,274.27 |
| PTO | | | | 721.16 |
| Regular | 36.78 | 80.00 | 2,942.31 | 54,099.54 |
| Sick | | | | 364.80 |
| Uncertifie | | | | 2,075.70 |
| Weekend B | | | | 350.00 |
| Weekend D | | | | 373.90 |
| Weekend N | | | | 293.28 |
| **Gross Earnings** | | **80.00** | **2,949.51** | **63,404.32** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 184.70 | 4,410.82 |
| MED | 40.91 | 892.71 |
| OH | 74.19 | 1,707.39 |
| OH-COL1 | | 810.34 |
| OH-MAN4 | 28.21 | 733.08 |
| OH-MAR1 | 28.21 | 168.69 |
| OH-ONT1 | 21.16 | 134.65 |
| SS | 174.93 | 3,817.11 |
| **Taxes** | **552.31** | **12,674.79** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 147.12 | 3,164.50 |
| Accident Ins | 4.86 | 96.11 |
| Child Support 1 | 220.72 | 3,972.96 |
| Critical Illness Ins | 9.65 | 207.27 |
| Dental Ins | | 72.02 |
| Flex Spending Account | 25.00 | 150.00 |
| GROUP TERM LIFE CALCULA | 7.20 | 114.96 |
| Health Flex Spending | | 195.00 |
| Long Term Disability | | 192.79 |
| MetLife Insurance | 13.15 | 201.88 |
| Pre Health | | 802.36 |
| Pre Health Ins | 103.12 | 618.72 |
| Tax Adjustment | | 0.00 |
| **Deductions** | **530.82** | **9,788.57** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| THE MECHANICS SAVINGS BANK | C | ***6874 | 1,866.38 |
| **Total Direct Deposits** | | | **1,866.38** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 152.03 | 0.00 |
| Sick | 39.80 | 0.00 |

*1 - 162.98* (handwritten)

CEMS of Ohio Inc | 310 Executive Drive  Marion , OH 43302 | (614) 734-8035 | FEIN: 80-0249549 | OH: 0832555003

CEMS of Ohio Inc  
310 Executive Drive  
Marion , OH 43302

paylocity

Direct Deposit Advice

**Check Date**  
October 7, 2022

**Voucher Number**  
2537

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| THE MECHANICS | C | ***6874 | 1,866.38 |
| **Total Direct Deposits** | | | **1,866.38** |

162252  18008-80003508  201955 2537 2128   162252

Patrick F Rogers  
71 Dawson St  
Mansfield, OH 44906

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### CEMS of Ohio Inc

**Patrick F Rogers**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 201955 | Fed Taxable Income | 2,674.27 | Check Date | October 7, 2022 |
| Location | 18008-80003508 | Fed Filing Status | M | Period Beginning | September 18, 2022 |
| Salary | $2,942.31 | State Filing Status | S-0 | Period Ending | October 1, 2022 |

| | | | | |
|---|---|---|---|---|
| Voucher Number | 2537 |
| Net Pay | 1,866.38 |
| Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus - Ma | | | | 500.00 |
| GROUP TE | | 0.00 | 7.20 | 122.16 |
| Holiday Wo | | | | 743.71 |
| Night Bonu | | | | 300.00 |
| Night Shif | | | | 193.00 |
| Overtime | | | | 3,274.27 |
| PTO | | | | 721.16 |
| Regular | 36.78 | 80.00 | 2,942.31 | 57,041.85 |
| Sick | | | | 364.80 |
| Uncertifie | | | | 2,075.70 |
| Weekend B | | | | 350.00 |
| Weekend D | | | | 373.90 |
| Weekend N | | | | 293.28 |
| **Gross Earnings** | | **80.00** | **2,949.51** | **66,353.83** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 184.70 | 4,595.52 |
| MED | 40.91 | 933.62 |
| OH | 74.19 | 1,781.58 |
| OH-COL1 | | 810.34 |
| OH-MAN4 | 28.21 | 761.29 |
| OH-MAR1 | 28.21 | 196.90 |
| OH-ONT1 | 21.16 | 155.81 |
| SS | 174.93 | 3,992.04 |
| **Taxes** | **552.31** | **13,227.10** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 147.12 | 3,311.62 |
| Accident Ins | 4.86 | 100.97 |
| Child Support I | 220.72 | 4,193.68 |
| Critical Illness Ins | 9.65 | 216.92 |
| Dental Ins | | 72.02 |
| Flex Spending Account | 25.00 | 175.00 |
| GROUP TERM LIFE CALCULA | 7.20 | 122.16 |
| Health Flex Spending | | 195.00 |
| Long Term Disability | | 192.79 |
| MetLife Insurance | 13.15 | 215.03 |
| Pre Health | | 802.36 |
| Pre Health Ins | 103.12 | 721.84 |
| Tax Adjustment | | 0.00 |
| **Deductions** | **530.82** | **10,319.39** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| THE MECHANICS SAVINGS BANK | C | ***6874 | 1,866.38 |
| **Total Direct Deposits** | | | **1,866.38** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 161.27 | 0.00 |
| Sick | 41.65 | 0.00 |

1-162.98

CEMS of Ohio Inc
310 Executive Drive
Marion , OH 43302

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | October 21, 2022 | 2938 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| THE MECHANICS | C | ***6874 | 1,866.38 |
| **Total Direct Deposits** | | | **1,866.38** |

162252  18008-80003508  201955 2938 2465  162252

Patrick F Rogers
71 Dawson St
Mansfield, OH 44906

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### CEMS of Ohio Inc

**Patrick F Rogers** — **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 201955 | Fed Taxable Income | 2,674.27 | Check Date October 21, 2022 |
| Location | 18008-80003508 | Fed Filing Status | M | Period Beginning October 2, 2022 |
| Salary | $2,942.31 | State Filing Status | S-0 | Period Ending October 15, 2022 |

| Voucher Number | 2938 |
|---|---|
| Net Pay | 1,866.38 |
| Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus - Ma | | | | 500.00 |
| GROUP TE | 0.00 | 7.20 | | 129.36 |
| Holiday Wo | | | | 743.71 |
| Night Bonu | | | | 300.00 |
| Night Shif | | | | 193.00 |
| Overtime | | | | 3,274.27 |
| PTO | | | | 721.16 |
| Regular | 36.78 | 80.00 | 2,942.31 | 59,984.16 |
| Sick | | | | 364.80 |
| Uncertifie | | | | 2,075.70 |
| Weekend B | | | | 350.00 |
| Weekend D | | | | 373.90 |
| Weekend N | | | | 293.28 |
| **Gross Earnings** | | **80.00** | **2,949.51** | **69,303.34** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 184.70 | 4,780.22 |
| MED | 40.91 | 974.53 |
| OH | 74.19 | 1,855.77 |
| OH-COL1 | | 810.34 |
| OH-MAN4 | 28.21 | 789.50 |
| OH-MAR1 | 28.21 | 225.11 |
| OH-ONT1 | 21.16 | 176.97 |
| SS | 174.93 | 4,166.97 |
| **Taxes** | **552.31** | **13,779.41** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 147.12 ✓ | 3,458.74 |
| Accident Ins | 4.86 | 105.83 |
| Child Support 1 | 220.72 ✓ | 4,414.40 |
| Critical Illness Ins | 9.65 | 226.57 |
| Dental Ins | | 72.02 |
| Flex Spending Account | 25.00 | 200.00 |
| GROUP TERM LIFE CALCULA | 7.20 | 129.36 |
| Health Flex Spending | | 195.00 |
| Long Term Disability | | 192.79 |
| MetLife Insurance | 13.15 | 228.18 |
| Pre Health | | 802.36 |
| Pre Health Ins | 103.12 | 824.96 |
| Tax Adjustment | | 0.00 |
| **Deductions** | **530.82** | **10,850.21** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| THE MECHANICS SAVINGS BANK | C | ***6874 | 1,866.38 |
| **Total Direct Deposits** | | | **1,866.38** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 170.50 | 0.00 |
| Sick | 43.50 | 0.00 |

*handwritten: 1-162.98*

CEMS of Ohio Inc | 310 Executive Drive  Marion , OH 43302 | (614) 734-8035 | FEIN: 80-0249549 | OH: 0832555003

Cleveland Clinic
ONE HR
WORKDAY AND PORTAL

Payslip: Patrick Rogers (248880): 08/27/2022
(Regular) - Complete

09:11 PM
10/27/2022
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Akron General Medical Center | 6801 Brecksville Road<br>Mail Code RK1-85<br>Independence, OH 44131<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Patrick Rogers | 248880 | 08/14/2022 | 08/27/2022 | 09/02/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 151.88 | 0.00 | 26.17 | 0.00 | 125.71 |
| YTD | 591.32 | 0.00 | 93.30 | 0.00 | 498.02 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 2NDSHIFT | 08/21/2022 - 08/27/2022 | 4.50 | 1.75 | 7.88 | 8.75 | 15.32 |
| ORIENT | | | | | 8.00 | 256.00 |
| Regular | 08/21/2022 - 08/27/2022 | 4.50 | 32.00 | 144.00 | 10.00 | 320.00 |
| Total | | | | 151.88 | | 591.32 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 9.41 | 36.66 |
| Medicare | 2.20 | 8.57 |
| Federal Withholding | 10.00 | 30.00 |
| State Tax - OH | 0.76 | 3.28 |
| City Tax - AKRON | 3.80 | 14.79 |
| Total | 26.17 | 93.30 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 151.88 | 591.32 |
| Medicare - Taxable Wages | 151.88 | 591.32 |
| Federal Withholding - Taxable Wages | 151.88 | 591.32 |
| State Tax Taxable Wages - OH | 151.88 | 591.32 |
| City Tax Taxable Wages - AKRON | 151.88 | 591.32 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

## Payment Information


## Company Information

| Name | Address |
|---|---|
| Akron General Medical Center | 6801 Brecksville Road<br>Mail Code RK1-85<br>Independence, OH 44131<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Patrick Rogers | 248880 | 08/28/2022 | 09/10/2022 | 09/16/2022 | 133221 |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 468.13 | 0.00 | 71.59 | 0.00 | 396.54 |
| YTD | 1,059.45 | 0.00 | 164.89 | 0.00 | 894.56 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 2NDSHIFT | 08/28/2022 - 09/10/2022 | 11.50 | 1.75 | 20.13 | 20.25 | 35.45 |
| ORIENT | | | | | 8.00 | 256.00 |
| Regular No Accrual | 09/04/2022 - 09/10/2022 | 0.50 | 32.00 | 16.00 | 0.50 | 16.00 |
| Regular | 08/28/2022 - 09/10/2022 | 13.50 | 32.00 | 432.00 | 23.50 | 752.00 |
| | | | Total | 468.13 | | 1,059.45 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 29.03 | 65.69 |
| Medicare | 6.79 | 15.36 |
| Federal Withholding | 19.51 | 49.51 |
| State Tax - OH | 4.56 | 7.84 |
| City Tax - AKRON | 11.70 | 26.49 |
| Total | 71.59 | 164.89 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 468.13 | 1,059.45 |
| Medicare - Taxable Wages | 468.13 | 1,059.45 |
| Federal Withholding - Taxable Wages | 468.13 | 1,059.45 |
| State Tax Taxable Wages - OH | 468.13 | 1,059.45 |
| City Tax Taxable Wages - AKRON | 468.13 | 1,059.45 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | 0 |

## Payment Information

## Company Information

| Name | Address |
|---|---|
| Akron General Medical Center | 6801 Brecksville Road<br>Mail Code RK1-85<br>Independence, OH 44131<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Patrick Rogers | 248880 | 09/11/2022 | 09/24/2022 | 09/30/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 151.88 | 4.56 | 26.15 | 0.00 | 121.17 |
| YTD | 1,211.33 | 4.56 | 191.04 | 0.00 | 1,015.73 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 2NDSHIFT | 09/18/2022 - 09/24/2022 | 4.50 | 1.75 | 7.88 | 24.75 | 43.33 |
| ORIENT | | | | | 8.00 | 256.00 |
| Regular No Accrual | | | | | 0.50 | 16.00 |
| Regular | 09/18/2022 - 09/24/2022 | 4.50 | 32.00 | 144.00 | 28.00 | 896.00 |
| | | | Total | 151.88 | | 1,211.33 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 9.41 | 75.10 |
| Medicare | 2.20 | 17.56 |
| Federal Withholding | 10.00 | 59.51 |
| State Tax - OH | 0.74 | 8.58 |
| City Tax - AKRON | 3.80 | 30.29 |
| Total | 26.15 | 191.04 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k EE | 4.56 | 4.56 |
| Total | 4.56 | 4.56 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 151.88 | 1,211.33 |
| Medicare - Taxable Wages | 151.88 | 1,211.33 |
| Federal Withholding - Taxable Wages | 147.32 | 1,206.77 |
| State Tax Taxable Wages - OH | 147.32 | 1,206.77 |
| City Tax Taxable Wages - AKRON | 151.88 | 1,211.33 |

## Withholding

Cleveland Clinic
ONE HR
WORKDAY AND PORTAL

Payslip: Patrick Rogers (248880): 10/08/2022
(Regular) - Complete

09:12 PM
10/27/2022
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Akron General Medical Center | 6801 Brecksville Road<br>Mail Code RK1-85<br>Independence, OH 44131<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Patrick Rogers | 248880 | 09/25/2022 | 10/08/2022 | 10/14/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 255.00 | 7.65 | 37.40 | 0.00 | 209.95 |
| YTD | 1,466.33 | 12.21 | 228.44 | 0.00 | 1,225.68 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 2NDSHIFT | 10/02/2022 - 10/08/2022 | 4.00 | 1.75 | | 7.00 | 28.75 | 50.33 |
| ORIENT | | | | | 8.00 | 256.00 |
| Regular No Accrual | | | | | 0.50 | 16.00 |
| Regular | 09/25/2022 - 10/08/2022 | 7.75 | 32.00 | 248.00 | 35.75 | 1,144.00 |
| | | | Total | 255.00 | | 1,466.33 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 15.81 | 90.91 |
| Medicare | 3.70 | 21.26 |
| Federal Withholding | 10.00 | 69.51 |
| State Tax - OH | 1.51 | 10.09 |
| City Tax - AKRON | 6.38 | 36.67 |
| Total | 37.40 | 228.44 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k EE | 7.65 | 12.21 |
| Total | 7.65 | 12.21 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 255.00 | 1,466.33 |
| Medicare - Taxable Wages | 255.00 | 1,466.33 |
| Federal Withholding - Taxable Wages | 247.35 | 1,454.12 |
| State Tax Taxable Wages - OH | 247.35 | 1,454.12 |
| City Tax Taxable Wages - AKRON | 255.00 | 1,466.33 |

## Withholding

Cleveland Clinic
ONE HR
WORKDAY AND PORTAL

Payslip: Patrick Rogers (248880): 10/22/2022
(Regular) - Complete

09:12 PM
10/27/2022
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Akron General Medical Center | 6801 Brecksville Road<br>Mail Code RK1-85<br>Independence, OH 44131<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Patrick Rogers | 248880 | 10/09/2022 | 10/22/2022 | 10/28/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 430.31 | 12.91 | 61.65 | 0.00 | 355.75 |
| YTD | 1,896.64 | 25.12 | 290.09 | 0.00 | 1,581.43 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 2NDSHIFT | 10/09/2022 - 10/22/2022 | 12.75 | 1.75 | 22.31 | 41.50 | 72.64 |
| ORIENT | | | | | 8.00 | 256.00 |
| Regular No Accrual | | | | | 0.50 | 16.00 |
| Regular | 10/09/2022 - 10/22/2022 | 12.75 | 32.00 | 408.00 | 48.50 | 1,552.00 |
| | | | Total | 430.31 | | 1,896.64 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 26.68 | 117.59 |
| Medicare | 6.24 | 27.50 |
| Federal Withholding | 14.43 | 83.94 |
| State Tax - OH | 3.54 | 13.63 |
| City Tax - AKRON | 10.76 | 47.43 |
| Total | 61.65 | 290.09 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k EE | 12.91 | 25.12 |
| Total | 12.91 | 25.12 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 430.31 | 1,896.64 |
| Medicare - Taxable Wages | 430.31 | 1,896.64 |
| Federal Withholding - Taxable Wages | 417.40 | 1,871.52 |
| State Tax Taxable Wages - OH | 417.40 | 1,871.52 |
| City Tax Taxable Wages - AKRON | 430.31 | 1,896.64 |

## Withholding

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 08/27/22 |
|---|---|---|
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES | | 2. Pay Date 09/02/22 |
| VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | |

| 3. Name ROGERS TINA AMANDA | 4. Pay Plan/Grade/Step GS 07 01 | 5. Hourly/Daily Rate 22.37 | 6. Basic OT Rate 33.56 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 38503.00   8182.00   46685.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-6674 | 9. Locality % 21.25 | 10. FLSA Category N | 11. SCD Leave 07/18/21 | 12. Max Leave Carry Over 240 | 13. Leave Year End 12/31/22 |
| 14. Financial Institution - Net Pay HUNTINGTON NATIONAL BANK | 15. Financial Institution - Allotment #1 MECHANICS BANK | | 16. Financial Institution - Allotment #2 | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 20 | 391092 | M | 0 | 0 | CLEVELAND CI NR | FERS:   1818.66 | |
| OH | M | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1549.12 | 25835.97 | TSP DATA | 3% |
| TAXABLE WAGES | 1368.03 | 22608.16 | | |
| NONTAXABLE WAGES | 134.62 | 2452.79 | | |
| TAX DEFERRED WAGES | 46.47 | 775.02 | ROTH DATA | 2% |
| DEDUCTIONS | 603.36 | 9154.13 | | |
| AEIC | | | | |
| NET PAY | 945.76 | 16681.84 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 69.25 | 1549.12 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 75.00 | 575.00 | FEGLI | C0 | 7.84 | 119.36 |
| FEHB | 311 | 104.86 | 1917.35 | MEDICARE | | 20.51 | 339.06 |
| OASDI | | 87.70 | 1449.76 | RETIRE, FERS | KF | 68.16 | 1136.77 |
| TAX, FEDERAL | | 57.19 | 723.45 | TAX, LOCAL | 391092 | 35.36 | 584.51 |
| TAX, STATE | OH | 39.53 | 481.63 | TSP SAVINGS | | 46.47 | 775.02 |
| DENTAL | | 18.44 | 331.80 | VISION | | 11.32 | 203.64 |
| ROTH DED | | 30.98 | 516.78 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 10.00 | 3.25 | 65.25 | 3.25 | 75.25 | | | |
| SICK | 9.00 | 3.25 | 65.25 | 0.25 | 71.00 | | 3.25 | |
| DONATED | | | 56.00 | 12.75 | 52.50 | | 3.50 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | | 40.00 | | | |
| ADMIN | | | | | 8.00 | | | |
| LWOP | | | | 10.75 | 52.25 | | | |
| FMLA SELF | 480.00 | | | | 41.50 | | 438.50 | 08/04/23 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.92 | 59.68 | FEHB | 244.86 | 4566.83 |
| MEDICARE | 20.51 | 339.06 | OASDI | 87.70 | 1449.76 |
| RETIRE, FERS | 257.15 | 4288.81 | TSP BASIC | 15.49 | 258.39 |
| TSP MATCHING | 61.96 | 1033.40 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   104.86
RETROACTIVE LEAVE ADJUSTMENTS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 09/10/22 |
| --- | --- |
| 2. Pay Date | 09/16/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| ROGERS TINA AMANDA | GS 07 01 | 22.37 | 33.56 | 38503.00  8182.00  46685.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6674 | 21.25 | N | 07/18/21 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| HUNTINGTON NATIONAL BANK | MECHANICS BANK | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | Y | 0 | 20 | 391092 | M | 0 | 0 | CLEVELAND CI NR | FERS: 1897.40 | |
| OH | N | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 1789.60 | 27625.57 | TSP DATA | 3% |
| TAXABLE WAGES | 1601.29 | 24209.45 | | |
| NONTAXABLE WAGES | 134.62 | 2587.41 | | |
| TAX DEFERRED WAGES | 53.69 | 828.71 | ROTH DATA | 2% |
| DEDUCTIONS | 681.01 | 9835.14 | | |
| AEIC | | | | |
| NET PAY | 1108.59 | 17790.43 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1789.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT,SV | (1) | 75.00 | 650.00 | FEGLI | C0 | 7.84 | 127.20 |
| FEHB | 311 | 104.86 | 2022.21 | MEDICARE | | 23.99 | 363.05 |
| OASDI | | 102.61 | 1552.37 | RETIRE, FERS | KF | 78.74 | 1215.51 |
| TAX, FEDERAL | | 80.51 | 803.96 | TAX, LOCAL | 391092 | 41.37 | 625.88 |
| TAX, STATE | OH | 46.85 | 528.48 | TSP SAVINGS | | 53.69 | 828.71 |
| DENTAL | | 18.44 | 350.24 | VISION | | 11.32 | 214.96 |
| ROTH DED | | 35.79 | 552.57 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 10.00 | 4.00 | 69.25 | 4.00 | 79.25 | | | |
| SICK | 9.00 | 4.00 | 69.25 | 6.75 | 77.75 | | 0.50 | |
| DONATED | | | 56.00 | | 52.50 | | 3.50 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | 8.00 | 48.00 | | | |
| ADMIN | | | | | 8.00 | | | |
| LWOP | | | | | 52.25 | | | |
| FMLA SELF | 480.00 | | | | 41.50 | | 438.50 | 08/04/23 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 3.92 | 63.60 | FEHB | 244.86 | 4811.69 |
| MEDICARE | 23.99 | 363.05 | OASDI | 102.61 | 1552.37 |
| RETIRE, FERS | 297.07 | 4585.88 | TSP BASIC | 17.90 | 276.29 |
| TSP MATCHING | 71.58 | 1104.98 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  104.86
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 09/24/22 |
| 2. Pay Date | 09/30/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| ROGERS TINA AMANDA | GS 07 01 | 22.37 | 33.56 | 38503.00  8182.00  46685.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6674 | 21.25 | N | 07/18/21 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| MECHANICS BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 20 | 391092 | M | 0 | 0 | CLEVELAND CI NR | FERS: 1976.14 | |
| OH | M | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1789.60 | 29415.17 | TSP DATA | 3% |
| TAXABLE WAGES | 1601.29 | 25810.74 | | |
| NONTAXABLE WAGES | 134.82 | 2722.03 | | |
| TAX DEFERRED WAGES | 53.69 | 882.40 | ROTH DATA | 2% |
| DEDUCTIONS | 606.01 | 10441.15 | | |
| AEIC | | | | |
| NET PAY | 1183.59 | 18974.02 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1789.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (0) | | 650.00 | FEGLI | C0 | 7.84 | 135.04 |
| FEHB | 311 | 104.86 | 2127.07 | MEDICARE | | 24.00 | 387.05 |
| OASDI | | 102.60 | 1654.97 | RETIRE, FERS | KF | 78.74 | 1294.25 |
| TAX, FEDERAL | | 80.51 | 884.47 | TAX, LOCAL | 391092 | 41.37 | 667.25 |
| TAX, STATE | OH | 46.85 | 575.33 | TSP SAVINGS | | 53.69 | 882.40 |
| DENTAL | | 18.44 | 368.68 | VISION | | 11.32 | 226.28 |
| ROTH DED | | 35.79 | 588.36 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 10.00 | 4.00 | 73.25 | 2.00 | 81.25 | | 2.00 | |
| SICK | 9.00 | 4.00 | 73.25 | 3.50 | 81.25 | | 1.00 | |
| DONATED | | | 56.00 | | 52.50 | | 3.50 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | | 48.00 | | | |
| ADMIN | | | | | 8.00 | | | |
| LWOP | | | | | 52.25 | | | |
| FMLA SELF | 480.00 | | | | 41.50 | | 438.50 | 08/04/23 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.92 | 67.52 | FEHB | 244.86 | 5056.55 |
| MEDICARE | 24.00 | 387.05 | OASDI | 102.60 | 1654.97 |
| RETIRE, FERS | 297.07 | 4862.95 | TSP BASIC | 17.90 | 294.19 |
| TSP MATCHING | 71.58 | 1176.50 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
NET PAY BANK/ACCOUNT NUMBER/ACCOUNT TYPE CHANGED.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $   104.86
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 10/08/22 |
| --- | --- |
| 2. Pay Date | 10/14/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| ROGERS TINA AMANDA | GS 07 01 | 22.37 | 33.56 | 38503.00  8182.00  46685.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6674 | 21.25 | N | 07/18/21 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| MECHANICS BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | Y | 0 | 20 | 391092 | M | 0 | 0 | CLEVELAND CI NR | FERS: 2054.38 | |
| OH | M | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 1789.60 | 31204.77 | TSP DATA | 3% |
| TAXABLE WAGES | 1601.29 | 27412.03 | | |
| NONTAXABLE WAGES | 134.62 | 2856.65 | | |
| TAX DEFERRED WAGES | 53.69 | 936.09 | ROTH DATA | 2% |
| DEDUCTIONS | 606.02 | 11047.17 | | |
| AEIC | | | | |
| NET PAY | 1183.58 | 20157.60 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1789.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT, SV | (C) | | 650.00 | FEGLI | C0 | 7.84 | 142.88 |
| FEHB | 311 | 104.86 | 2231.93 | MEDICARE | | 24.00 | 411.05 |
| OASDI | | 102.61 | 1757.58 | RETIRE, FERS | KF | 78.74 | 1372.99 |
| TAX, FEDERAL | | 80.51 | 964.98 | TAX, LOCAL | 391092 | 41.37 | 708.02 |
| TAX, STATE | OH | 46.85 | 622.18 | TSP SAVINGS | | 53.69 | 936.09 |
| DENTAL | | 18.44 | 387.12 | VISION | | 11.32 | 237.60 |
| ROTH DED | | 35.79 | 624.15 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 10.00 | 4.00 | 77.25 | 1.00 | 82.25 | | 5.00 | |
| SICK | 9.00 | 4.00 | 77.25 | 5.00 | 86.25 | | | |
| DONATED | | | 56.00 | | 52.50 | | 3.50 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | | 48.00 | | | |
| ADMIN | | | | | 8.00 | | | |
| LWOP | | | | | 52.25 | | | |
| FMLA SELF | 480.00 | | | | 41.50 | | 438.50 | 08/04/23 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 3.92 | 71.44 | FEHB | 244.86 | 5301.41 |
| MEDICARE | 24.00 | 411.05 | OASDI | 102.61 | 1757.58 |
| RETIRE, FERS | 297.07 | 5180.02 | TSP BASIC | 17.90 | 312.09 |
| TSP MATCHING | 71.58 | 1248.14 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $ 104.86
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 10/22/22 |
| --- | --- |
| 2. Pay Date | 10/28/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| ROGERS TINA AMANDA | GS 07 01 | 22.37 | 33.56 | 38503.00  8182.00  46685.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6674 | 21.25 | N | 07/18/21 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| MECHANICS BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | Y | 0 | 20 | 391092 | M | 0 | 0 | CLEVELAND CI NR | FERS: 2133.62 | |
| OH | M | 0 | 10 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 1789.60 | 32994.37 | TSP DATA | 3% |
| TAXABLE WAGES | 1601.29 | 29013.32 | | |
| NONTAXABLE WAGES | 134.62 | 2991.27 | | |
| TAX DEFERRED WAGES | 53.69 | 989.78 | ROTH DATA | 2% |
| DEDUCTIONS | 606.01 | 11653.18 | | |
| AEIC | | | | |
| NET PAY | 1183.59 | 21341.19 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1789.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT, SV | (0) | | 650.00 | FEGLI | C0 | 7.84 | 150.72 |
| FEHB | 311 | 104.86 | 2336.79 | MEDICARE | | 23.99 | 435.04 |
| OASDI | | 102.61 | 1860.19 | RETIRE, FERS | KF | 78.74 | 1451.73 |
| TAX, FEDERAL | | 80.51 | 1045.49 | TAX, LOCAL | 391092 | 41.37 | 749.99 |
| TAX, STATE | OH | 46.85 | 669.03 | TSP SAVINGS | | 53.69 | 989.78 |
| DENTAL | | 18.44 | 405.56 | VISION | | 11.32 | 248.92 |
| ROTH DED | | 35.79 | 659.94 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 10.00 | 4.00 | 31.25 | | 82.25 | | 9.00 | |
| SICK | 9.00 | 4.00 | 81.25 | 2.00 | 88.25 | | 2.00 | |
| DONATED | | | 56.00 | | 52.50 | | 3.50 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | 8.00 | 56.00 | | | |
| ADMIN | | | | | 8.00 | | | |
| LWOP | | | | | 52.25 | | | |
| FMLA SELF | 480.00 | | | | 41.50 | | 438.50 | 08/04/23 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 3.92 | 75.36 | FEHB | 244.86 | 5546.27 |
| MEDICARE | 23.99 | 435.04 | OASDI | 102.61 | 1860.19 |
| RETIRE, FERS | 297.07 | 5477.09 | TSP BASIC | 17.90 | 329.99 |
| TSP MATCHING | 71.58 | 1319.72 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $ 104.86
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED